**Deny Writ and Opinion Filed August 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01133-CV
No. 05-13-01134-CV

## IN RE SENRICK WILKERSON, Relator

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. W10-01183-J, W10-01184-J**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

The Court has before it relator's "Order for Hearing to Show Proof of Fraud, Tampering with Government Documents and Illegal Convictions." We treat this document as a petition for writ of mandamus. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

131133F.P05